# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| PERCY TWAIN BARBER, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:21-CV-539 |
| | § | |
| S.D.B. DEVELOPMENT, L.P., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration. On June 23, 2022, Magistrate Judge Stetson issued a Report and Recommendation in which she recommended that some of Plaintiff's claims be dismissed. [Dkt. 40].

The Court has received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings, and all available evidence. To date, the parties have not filed objections to the report.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.

It is therefore, **ORDERED** that Defendants' Motion to Dismiss be GRANTED in part, and DENIED in part.

It is further, **ORDERED** that the following claims be **DISMISSED**, in their entirety with prejudice.

1. Violations of the Federal Trade Commission Act

2. Violations of the Fair Credit Reporting Act

3. Violations of the Fair Housing Act

4. Violations of Texas Deceptive Trade Practices-Consumer Protection Act

5. Violations of the Fourth Amendment

6. Violations of the Fourteenth Amendment

It is so ORDERED.

**SIGNED this 5th day of August, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge