IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PERCY TWAIN BARBER and MARIA BARBER, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-539-MJT-CLS |
| LAW OFFICES OF THOMAS J. BURBANK and THOMAS J. BURBANK, | § § § § | |
| *Defendants*. | § § | |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiffs Percy and Maria Barber, proceeding *pro se*, brought this suit alleging violations of section 1692f(6) of the Fair Debt Collection Practices Act (FDCPA) against Defendants, the Law Offices of Thomas J. Burbank, and Attorney Thomas J. Burbank ("Defendants") [Dkt. 1], related to the foreclosure of Plaintiffs' home. The District Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration and disposition of Defendants' Motion for Summary Judgment [Dkt. 78]. On June 1, 2023, the Magistrate Judge entered a Report and Recommendation [Dkt. 106] in which she recommended denying Defendants' Motion for Summary Judgment. To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 106] is ADOPTED.  Defendants' Motion for Summary Judgment [Dkt. 78] is DENIED.

**SIGNED this 29th day of June, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge