IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PERCY TWAIN BARBER and MARIA BARBER, § § § *Plaintiffs*, § § v. § CIVIL ACTION NO. 1:21-CV-00539 § JUDGE MICHAEL J. TRUNCALE LAW OFFICES OF THOMAS J. § BURBANK and THOMAS J. BURBANK, § § *Defendants*. § | |

## FINAL JUDGMENT

On November 28, 2022, the Court entered an Order Adopting the Magistrate Judge's Report and Recommendation. [Dkt. 62]. The Order adopted Magistrate Judge Christine Stetson's recommendation to dismiss all claims against Defendants, S.D.B. Development, L.P., and Stephen D. Brown. In accordance with the Court's Order Adopting the Magistrate Judge's Report and Recommendation, [Dkt. 62], it is:

**ORDERED, ADJUDGED, AND DECREED** that the Court hereby **RENDERS JUDGMENT AGAINST** Plaintiffs, Percy Twain Barber and Maria Barber, as to all claims Plaintiffs asserted, or could have asserted, against Defendants, S.D.B. Development, L.P. and Stephen D. Brown in this lawsuit.

From August 7, 2023, to August 8, 2023, the Court conducted a jury trial in this matter. In accordance with the jury verdict rendered on August 8, 2023, [Dkt. 148], it is:

**ORDERED, ADJUDGED, AND DECREED** that the Court hereby **RENDERS JUDGMENT AGAINST** Plaintiffs, Percy Twain Barber and Maria Barber, as to all claims Plaintiffs asserted, or could have asserted, against Defendants, Law Offices of Thomas J. Burbank and Thomas J. Burbank, in this lawsuit.

**ORDERED, ADJUDGED, AND DECREED** that Plaintiffs take nothing on their claims and that all costs of suit are taxed against the party incurring the same.

**THIS IS A FINAL JUDGMENT.** All relief not previously granted is hereby **DENIED**. The Clerk of the Court is **INSTRUCTED** to close this case.

**IT IS SO ORDERED.**

SIGNED this 12th day of September, 2023.

Michael J. Truncale
United States District Judge